**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) Case No.: 18-36255-KRH |
| DAWNA URSO COX | ) Chapter 13 |
| | ) |
| Debtor | ) |

| | |
|---|---|
| DAWNA URSO COX | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) APN: 19-03003-KRH |
| | ) |
| KEN PRICE | ) |
| | ) |
| and | ) |
| | ) |
| TIMOTHY S. FEEHAN, TRUSTEE | ) |

**APPEARANCE OF COUNSEL**

TO:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Ken Price and Timothy S. Feehan, Trustee.

Date: 02/15/2019                                                    /s/

Benjamin M. Andrews – 77824
5711 Greendale Road
Henrico, VA 23228
benjamin@andrewsbrownlaw.com
804-918-2091
FAX 888-568-2684

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2019, I filed the foregoing with the Clerk of Court, who will then send notification of such filing (NEF) via the CM/ECF system to the following:

James E. Kane
Kane & Papa, P.C.
1313 East Cary Street
Richmond, Virginia 23219
804-225-9500
Facsimile 804-225-9598
jkane@kaneandpapa.com